# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Cory Lynn Morgan

          Debtor(s)

Case No. 14 B 16504

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2014.

2) The plan was confirmed on 10/06/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/06/2014, 10/06/2016, 09/27/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/16/2017, 12/07/2017.

5) The case was Dismissed on 12/21/2017.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 48.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $37,501.00 | |
| Less amount refunded to debtor | $36.63 | |
| **NET RECEIPTS:** | | **$37,464.37** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,448.88 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,448.88** |

Attorney fees paid and disclosed by debtor:      $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC Credit & Recovery | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 0.00 | 118.61 | 118.61 | 34.08 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 1,442.00 | 1,441.50 | 1,441.50 | 443.77 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 1,861.00 | 1,860.26 | 1,860.26 | 572.68 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 901.00 | 922.35 | 922.35 | 283.95 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 295.00 | 297.91 | 297.91 | 91.71 | 0.00 |
| ATG Credit LLC | Unsecured | 1,276.00 | NA | NA | 0.00 | 0.00 |
| Banquet Financial | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| Cepamerica | Unsecured | 1,880.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| Citizens Finance Co | Unsecured | 1,165.00 | 1,134.91 | 1,134.91 | 351.63 | 0.00 |
| Citizens Finance Co | Secured | 11,948.00 | 11,746.18 | 11,746.18 | 11,746.18 | 397.68 |
| City of Elgin | Unsecured | 750.00 | 750.00 | 750.00 | 230.89 | 0.00 |
| Comcast | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 1,621.00 | 1,620.69 | 1,620.69 | 498.94 | 0.00 |
| Credit One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| Fiat Financial | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| First Midwest Bank | Unsecured | 997.00 | 996.96 | 996.96 | 306.92 | 0.00 |
| Heights Finance Corporation | Secured | 250.00 | 1,356.95 | 250.00 | 250.00 | 4.77 |
| Heights Finance Corporation | Unsecured | NA | 0.00 | 1,106.95 | 342.97 | 0.00 |
| Illinois Lending Corporation | Unsecured | 1,553.00 | 1,552.25 | 1,552.25 | 477.86 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,826.00 | 4,441.84 | 4,441.84 | 4,441.84 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 435.51 | 435.51 | 130.24 | 0.00 |
| Kane County | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 302.00 | 302.39 | 302.39 | 93.10 | 0.00 |
| Keynote Consulting | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Mea-Stjoseph | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| Mike Serban | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Msw Capital Llc | Unsecured | 1,456.00 | 1,780.47 | 1,780.47 | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | 0.00 | 5,400.16 | 5,400.16 | 1,673.12 | 0.00 |
| Navient Solutions Inc | Unsecured | 12,338.00 | 7,096.41 | 7,096.41 | 2,198.67 | 0.00 |
| Nicor Gas | Unsecured | 2,032.00 | 2,031.18 | 2,031.18 | 625.31 | 0.00 |
| Piemontes Dundee Chevrolet | Unsecured | 1,797.00 | 996.99 | 996.99 | 306.93 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 641.00 | 641.56 | 641.56 | 197.51 | 0.00 |
| Premier Bankcard | Unsecured | 575.00 | 576.39 | 576.39 | 177.44 | 0.00 |
| Quinlan & Fabish Music Company | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| Safe Auto Insurance | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Safelite Autoglass | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| Sherman Hospital | Unsecured | 10,419.00 | NA | NA | 0.00 | 0.00 |
| Solomon Financial | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 19,215.00 | 19,808.69 | 19,808.69 | 6,137.30 | 0.00 |
| Village Of Arlington Heights | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Village of Palatine Police Dept | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Woodman S - Carpentersville #3 | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| Ybuy Financial | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,746.18 | $11,746.18 | $397.68 |
| All Other Secured | $250.00 | $250.00 | $4.77 |
| **TOTAL SECURED:** | **$11,996.18** | **$11,996.18** | **$402.45** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,441.84 | $4,441.84 | $0.00 |
| **TOTAL PRIORITY:** | **$4,441.84** | **$4,441.84** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$50,872.14** | **$15,175.02** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $5,448.88 |
| Disbursements to Creditors | $32,015.49 |
| | |
| **TOTAL DISBURSEMENTS :** | **$37,464.37** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/16/2018                              By: /s/ Marilyn O. Marshall
                                                            Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**